**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Miguel Angel PANIAGUA–MUNOZ,
a.k.a. El Viejito, Defendant–
Appellant.**

**No. 10–13441
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Feb. 7, 2011.

Anne R. Schultz, Jonathan D. Colan, Wifredo A. Ferrer, U.S. Attorney, Andrea G. Hoffman, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Faith Mesnekoff, Faith Mesnekoff, P.A., Miami, FL, for Defendant–Appellant.

Miguel Angel Paniagua–Munoz, Miami, FL, pro se.

Before WILSON, PRYOR and KRAVITCH, Circuit Judges.

PER CURIAM:

Faith Mesnekoff, appointed counsel for Miguel Paniagua–Munoz, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of

the appeal is correct. Because independent examination of the entire record reveals no arguably meritorious issues, counsel's motion to withdraw is **GRANTED**, and Paniagua–Munoz's conviction and sentence are **AFFIRMED.**